John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| IN RE: SOUTHERN MANAGEMENT ASSET SERVICES, LLC )<br><br>Debtor ) | Docket Number 20-12627<br>Chapter 11 |

## LIST OF 20 LARGEST UNSECURED CREDITORS

The Creditors listed below are the 20 largest unsecured creditors of this Debtor who are not insiders:

VA Dept of Tax
Box 1777
Richmond, VA 23218-1777

IRS/Centralized Insolvency Ops.
Box 7346
Philadelphia, PA 19101-7346

Treasurer, Stafford County
1300 Courthouse Rd.
Stafford, VA 22554

Michael Bright
118 Hide Park
Stafford, VA 22554

Kimberly Pollard
5054 Tars Dr.
Fredericksburg, VA 22407

Bronson King
3505 Beal Court
Woodbridge, VA 22193

John Steinmetz
881 Belle Plains Rd.
Fredericksburg, VA. 22405

Curtis Ott
212 Old Landing Court
Fredericksburg, VA 22405

Jacob Adams
15146 Kerry Dale Rd.
Woodbridge, VA 22193

Clifford Chandler
1803 Sony Creek Dr.
Fredericksburg, VA 22407

Heather Boyd
19308 Weaver Rd.
Triangle, VA 22172

Darnell Grayson
9005 Brock Rd.
Spotsylvania, VA 22553

Bill Johnson
United Residential Appraisals, Inc.
150 Chevy Chase St., Unit 206
Gaithersburg, MD 20878

84 Lumber
64 Simpson Rd.
Fredericksburg, VA 22405

Accent Millwork & Supply, Inc.
1195 International Pkwy.
Fredericksburg, VA 22406

Advantage Sign Services
254 White Oak Rd.
Fredericksburg, VA 22405

Lawn Maintenance Service
1346 Calidon Rd.
King George, VA 22485

Southland Property Inspections, LLC
13000 Peacock La.
Charlotte, NC 28215

John Ellis
5308 Water Mill Rd.
Spotsylvania, VA 22501

Gordon Gay
25 Butler Rd.
Falmouth, VA 22501

Under penalty of perjury, the undersigned certifies that the above is list is true and correct.

                        Southern Management Asset Services, LLC

                        By:    */s/ Michael A. Iacovacci, II*
                               Michael A. Iacovacci, II, Manager

                        Date:   December 2, 2020